## ANN CAMPION ET AL. *v.* KATHLEEN S. SHIELDS ET AL. (10123)

DALY, LANDAU and HEIMAN, Js.

Argued February 25—decision released March 17, 1992

*William F. Gallagher,* with whom, on the brief, were *Richard L. Goldblatt* and *Cynthia C. Bott,* for the appellant (named plaintiff).

*Terence A. Zemetis,* with whom, on the brief, was *Edward T. Falsey,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.